# EXHIBIT 3

**District 1**

# Case Summary
## Case No. 2024L009207

| | |
|---|---|
| **Randy Buckhardt-vs-Home Depot INC.,Ryobi Electric Tool Inc.,Techtronic Industries North America** | Location: **District 1**<br>Judicial Officer: **Calendar, D**<br>Filed on: **08/20/2024**<br>Cook County Attorney Number: **46715**<br>Cook County Attorney Number: **60128** |

## Case Information

Case Type: Product Liability - Non Jury
Case Status: 08/20/2024  Pending

## Assignment Information

**Current Case Assignment**
Case Number      2024L009207
Court            District 1
Date Assigned    08/20/2024
Judicial Officer Calendar, D

## Party Information

*Lead Attorneys*

**Plaintiff**   **Buckhardt, Randy**

**Goodman, Daniel E.**
*Retained*
847-292-6000(W)
9701 W HIGGINS#601
ROSEMONT, IL 60018

| | | |
|---|---|---|
| **Defendant** | **Home Depot INC.** | **Kolesa, Blake James**<br>*Retained*<br>312-471-8700(W)<br>70 West Madison ST<br>STE 2900<br>Chicago, IL 60602 |
| | **Ryobi Electric Tool Inc.** | |
| | **Techtronic Industries North America** | **Kolesa, Blake James**<br>*Retained*<br>312-471-8700(W)<br>70 West Madison ST<br>STE 2900<br>Chicago, IL 60602 |

## Events and Orders of the Court

**10/20/2026**
  **Continued Case Management**   (9:00 AM)   (Judicial Officer: O'Connor, Eileen M.)
    Resource: Location L2207 Court Room 2207
    Resource: Location D1 Richard J Daley Center

**08/20/2025**
  **Continued Case Management**   (9:00 AM)   (Judicial Officer: O'Connor, Eileen M.)
    Resource: Location L2207 Court Room 2207
    Resource: Location D1 Richard J Daley Center

**01/03/2025**
  Notice Of Filing Filed
      Party:   Plaintiff Buckhardt, Randy

**01/03/2025**
  Amended Complaint Filed
      Party:   Plaintiff Buckhardt, Randy

**01/02/2025**
  Amend Complaint Or Petition - Allowed -    (Judicial Officer: O'Connor, Eileen M.)
      Party:   Plaintiff Buckhardt, Randy

**01/02/2025**  **First Time Motion Hearing**   (10:00 AM)   (Judicial Officer: Calendar, D)
    Resource: Location L2207 Court Room 2207
    Resource: Location D1 Richard J Daley Center

**12/26/2024**
  Notice Of Filing Filed
      Party:   Plaintiff Buckhardt, Randy

| | |
|---|---|
| 12/26/2024 | Response / Reply - Filed<br>Party: Plaintiff Buckhardt, Randy |
| 12/13/2024 | Certificate Filed<br>*Certificate of Service of Discovery Document*<br>Party: Defendant Home Depot INC.<br>*Certificate of Service of Discovery Document* |
| 12/13/2024 | Notice Of Motion Filed |
| 12/13/2024 | Motion Filed |
| 12/10/2024 | Case Continued For Case Management Conference - Allowed - (Judicial Officer: O'Connor, Eileen M.)<br>Party: Plaintiff Buckhardt, Randy |
| 12/10/2024 | Case Continued For Case Management Conference - Allowed - (Judicial Officer: O'Connor, Eileen M.)<br>Party: Plaintiff Buckhardt, Randy |
| 12/10/2024 | Alias Summons Issued<br>Party: Plaintiff Buckhardt, Randy |
| 12/09/2024 | **Continued Case Management** (9:00 AM) (Judicial Officer: O'Connor, Eileen M.)<br>Resource: Location L2207 Court Room 2207<br>Resource: Location D1 Richard J Daley Center |
| 12/04/2024 | Notice Of Filing Filed<br>Party: Plaintiff Buckhardt, Randy |
| 12/04/2024 | Response / Reply - Filed<br>Party: Plaintiff Buckhardt, Randy |
| 11/25/2024 | Appearance Filed - Fee Paid - (Jury Demand)<br>*Appearance of Blake Kolesa for Home Depot U.S.A., Inc. & Techtronic Industries North America, Inc.*<br>Party: Defendant Home Depot INC.<br>*Appearance of Blake Kolesa for Home Depot U.S.A., Inc. & Techtronic Industries North America, Inc.* |

Answer And Copy Filed
*Home Depot U.S.A., Inc. and Techtronic Industries North America, Inc.'s Answer & Affirmative Defenses*
   Party:   Defendant Home Depot INC.
*Home Depot U.S.A., Inc. and Techtronic Industries North America, Inc.'s Answer & Affirmative Defenses*

| | |
|---|---|
| 10/24/2024 | **Notice Of Filing Filed** <br> Party:   Plaintiff Buckhardt, Randy |
| 10/24/2024 | **Affidavit Filed** <br> Party:   Plaintiff Buckhardt, Randy |
| 10/23/2024 | **Notice Of Motion Filed** <br> Party:   Plaintiff Buckhardt, Randy |
| 10/23/2024 | **Motion Filed** <br> Party:   Plaintiff Buckhardt, Randy |
| 10/22/2024 | Case Continued For Case Management Conference - Allowed -    (Judicial Officer: Calendar, D) <br> Party:   Plaintiff Buckhardt, Randy |
| 10/22/2024 | **First Time Case Management**   (10:00 AM)   (Judicial Officer: O'Connor, Eileen M.) <br> Resource: Location L2207 Court Room 2207 <br> Resource: Location D1 Richard J Daley Center <br> **MINUTES - 10/22/2024** <br><br> Case Continued For Case Management Conference - Allowed - (Judicial Officer: Calendar, D) <br> Party:   Plaintiff Buckhardt, Randy <br><br> **Continued Case Management**   (12/09/2024 at 9:00 AM)   (Judicial Officer: O'Connor, Eileen M.) <br> Resource: Location L2207 Court Room 2207 <br> Resource: Location D1 Richard J Daley Center <br><br> Continued; |
| 10/15/2024 | **Notice Of Motion Filed** <br> Party:   Plaintiff Buckhardt, Randy |

| | |
|---|---|
| 10/15/2024 | Motion Filed<br>Party: Plaintiff Buckhardt, Randy |
| 10/07/2024 | Alias Summons Issued<br>Party: Plaintiff Buckhardt, Randy |
| 10/04/2024 | **First Time Motion Hearing** (10:00 AM) (Judicial Officer: O'Connor, Eileen M.)<br>Resource: Location L2207 Court Room 2207<br>Resource: Location D1 Richard J Daley Center |
| 09/27/2024 | Notice Of Motion Filed<br>Party: Plaintiff Buckhardt, Randy |
| 09/27/2024 | Motion Filed<br>Party: Plaintiff Buckhardt, Randy |
| 09/18/2024 | Electronic Notice Sent<br>Party: Plaintiff Buckhardt, Randy<br>Party 2: Attorney Goodman, Daniel E. |
| 09/18/2024 | Electronic Notice Sent<br>Party: Plaintiff Buckhardt, Randy<br>Party 2: Attorney Goodman, Daniel E. |
| 09/18/2024 | Electronic Notice Sent<br>Party: Plaintiff Buckhardt, Randy<br>Party 2: Attorney Goodman, Daniel E. |
| 09/16/2024 | Alias Summons Issued<br>Party: Plaintiff Buckhardt, Randy |
| 08/29/2024 | Summons Served - Corporation/Company/Business<br>*Sheriff ID: 50458742, UNKNOWN LITIGANT Sheriff Filename: 2024L00920750458742.pdf*<br>Date Served: 08/26/2024 |
| 08/20/2024 | New Case Filing |
| 08/20/2024 | Personal Injury (Product Liability) Complaint Filed |
| 08/20/2024 | Affidavit Filed |

| 08/20/2024 | 📄 Summons Issued And Returnable *Home Depot Summons* |
| 08/20/2024 | 📄 Summons Issued And Returnable *ryobi summons* |
| 08/20/2024 | 📄 Summons Issued And Returnable *tti 1* |
| 08/20/2024 | 📄 Summons Issued And Returnable *tti 2* |
| 08/20/2024 | 📄 Summons Issued And Returnable *tti 3* |
| 08/20/2024 | 📄 Summons Issued And Returnable *tti 4* |