AEZ/ara
STATE OF ILLINOIS )
                ) SS                                    ATTORNEY NO. 46715
COUNTY OF COOK )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT * LAW DIVISION

| | | |
|---|---|---|
| **RANDY BURKHARDT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 2024 L 009207** |
| **HOME DEPOT U.S.A., INC., RYOBI** | ) | |
| **LIMITED, and TECHTRONIC** | ) | |
| **INDUSTRIES NORTH AMERICA INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT HOME DEPOT U.S.A.'S REQUEST TO ADMIT

NOW COMES the Plaintiff, RANDY BURKHARDT, by and through his attorneys, LAW

OFFICE OF DANIEL E. GOODMAN, L.L.C., and for his Response to HOME DEPOT U.S.A.,

INC.'S First Set of Requests for Admission of Fact to Plaintiff Randy Burkhardt, states:

1.      Plaintiff admits the allegations contained in Defendant's First Request to Admit.

2.      Plaintiff denies allegations contained in Defendant's Second Request to Admit.

Respectfully submitted,

By: _____

Adriel E. Zupances
Attorney for the Plaintiff,

Adriel E. Zupances
Law Office of Daniel E Goodman, LLC
Attorneys for Plaintiff
10400 W. Higgins Road, Suite 500
Rosemont, IL 60018

847-292-6000
azupances@danielgoodmanlaw.com
tchrisp@danielgoodmanlaw.com