**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RANDY BURKHARDT,<br><br>                              *Plaintiff,*<br>v.<br><br>HOME DEPOT U.S.A., INC., *et al.*,<br><br>                              *Defendants*. | Civil Action No. 25–cv–691<br><br>District Judge Steven C. Seeger |

**DEFENDANT TECHTRONIC INDUSTRIES NORTH AMERICA, INC.'S
CORPORATE DISCLOSURE UNDER FEDERAL RULE 7.1 AND
NOTIFICATION OF AFFILIATES UNDER LOCAL RULE 3.2**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, Defendant Techtronic Industries North America, Inc. makes the following corporate disclosure and notification of affiliates:

Techtronic Industries North America, Inc. is wholly-owned by Techtronic Industries Co. Ltd., and no other individual or entity owns 5% or more of Techtronic Industries North America, Inc.

Techtronic Industries Co. Ltd. is publicly traded on the Hong Kong stock exchange under ticker symbol "0669.HK." Upon information and belief, no individual or entity owns 5% or more of Techtronic Industries Co. Ltd.

                                    Respectfully submitted,

Dated: March 13, 2025                     /s/ *Blake Kolesa*

                                    Jeffrey Williams (Bar No. 84156)
                                    **RILEY SAFER HOLMES & CANCILA LLP**
                                    456 Montgomery Street, 16th Floor
                                    San Francisco, California 94101
                                    Tel: (415) 275-8550
                                    Fax: (415) 275-8551
                                    jwilliams@rshc-law.com

                                    Blake Kolesa (Bar No. 6339230)
                                    **RILEY SAFER HOLMES & CANCILA LLP**
                                    1 South Dearborn Street, Suite 2200
                                    Chicago, Illinois 60603
                                    Tel: (312) 471-8700
                                    Fax: (312) 471-8700
                                    bkolesa@rshc-law.com

                                    *Counsel for Defendant Home Depot U.S.A., Inc.*